**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

VANCE HENDERSON

        Plaintiff,

    v.

DEERE & COMPANY

        Defendant.

Case No. 1:26-cv-02821

Franklin U. Valderrama

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(I)**

Plaintiff Vance Henderson ("Plaintiff"), by his undersigned counsel, hereby gives notice that Plaintiff voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In support of his Notice, Plaintiff states that although the Defendant has appeared, the Defendant has not served either an answer or a motion for summary judgment in this matter. Therefore, Plaintiff respectfully requests that the Court enter an order dismissing this action without prejudice and granting such other and further relief as the Court deems just and proper.

DATED: March 20, 2026

Respectfully Submitted,

/s/ *Lawrence W. Byrne*

Lawrence W. Byrne
PEDERSEN & HOUPT
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
Phone: (312) 261-6888
lbyrne@pedersenhoupt.com

*Attorney for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on March 20, 2026, I served the foregoing Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on all counsel of record via the Court's CM/ECF system and/or via email to:

David A. Rammelt
Alyssa A. Moscarino
Alayna K. Bridgett
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
312-212-4958
drammelt@beneschlaw.com
amoscarino@beneschlaw.com
abridgett@beneschlaw.com

/s/ *Lawrence W. Byrne*

2